# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 18-0164-DOC (JCx)            Date: May 22, 2018

Title: TITO VASQUEZ V FULLERTON AUTO COLLISION, ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO FILE STATUS REPORT**

---

      On May 9, 2018 Plaintiff filed a Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) (dkt. #39). Because an answer was filed by two of the defendants, the Court cannot voluntarily dismiss and close the case.

      As an alternative to a written response by Plaintiff, the Court will accept one of the following if it is filed on or before May 23, 2018:

- **Stipulation (with proposed order) signed by defendants Fullerton Auto Collision, Bruce Lee pursuant to FRCP 41(a)(1)(A)(ii);**
- **Proposed order pursuant to FRCP 41(a)(1)(A)(i).**

      Oral argument will be heard on **May 25, 2018 at 7:30 a.m.** should Plaintiff fail to respond to this Order to Show Cause.

                                                                                                        :    00

                                                                                            Initials of Clerk      djl